UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN MINNA,<br><br>              Plaintiff,<br><br>v.<br><br>LONDA RAE ROWLEY, in individual and representative capacity as Trustee of The Londa Rae Rowley and Marc Joaquin Rowley Revocable Trust dated 4/3/2007; MARC JOAQUIN ROWLEY, in individual and representative capacity as Trustee of The Londa Rae Rowley and Marc Joaquin Rowley Revocable Trust dated 4/3/2007<br><br>              Defendants. | Case No. 2:21-cv-01329-TLN-CKD<br><br>ORDER ON DEFENDANTS' *EX PARTE* APPLICATION TO EXTEND FACT DISCOVERY CUTOFF |

    Having considered the *ex parte* application of Defendants, all papers submitted relating thereto, the pleadings in this action, all further evidence and argument submitted by the parties, and good cause appearing,

    IT IS HEREBY ORDERED that the Initial Pretrial Scheduling Order, filed on July 29, 2021 (ECF No. 3), is modified as follows:

    1.    The deadline for non-expert discovery shall be extended to September 2, 2022.

2. In all other respects, the Scheduling Order shall remain unchanged and in full force and effect.

IT IS SO ORDERED.

Dated: June 29, 2022

Troy L. Nunley
United States District Judge